UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

    Plaintiff,

v.

GEORGINA BARAJAS, et al.,

    Defendants.

Case No. 19-cv-00555-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On July 24, 2019, the Court dismissed the complaint with leave to amend, and ordered plaintiff to file an amended complaint by August 21, 2019. Dkt. No. 18. On August 21, 2019, the Court granted plaintiff an extension of time to October 11, 2019 to file his amended complaint. Dkt. No. 21. On September 3 and 12, 2019, plaintiff requested that the Court provide him with a copy of his complaint so that he could prepare an amended complaint. The Court provided plaintiff with a copy of his complaint on October 18, 2019,[1] and will *sua sponte* GRANT an extension of time to December 2, 2019 to file the amended complaint.

**Failure to file an amended complaint in accordance with this order in the time provided will result in dismissal of this action further notice to Plaintiff.**

    **IT IS SO ORDERED.**

Dated: 10/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Court previously returned the original complaint to plaintiff on June 12, 2019.