UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN, | Case No. 19-cv-00555-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GEORGINA BARAJAS, et al., | |
| Defendants. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED.  Judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/3/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge